UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-80038-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JASON PAUL EMOND,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND JUDGMENT & COMMITMENT ORDER UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** was before the court for sentencing on November 15, 2006. The above named defendant, having been placed on supervised release pursuant to the Sentencing Reform Act of 1984 and Acts Amendatory thereof, admitted to violating the conditions of supervision to a United States Magistrate Judge. For that reason and the reasons stated on the record, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendation are **adopted**.

2. The term and conditions of supervised release are **revoked** and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **90 days.**

3. Upon release from imprisonment, the defendant shall be placed on **supervised release for a term of 12 months**. While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall be prohibited from possessing a firearm or other dangerous devices, and shall not possess a controlled substance. In addition, the defendant shall comply with the

standard conditions of supervised release as recommended by the United States Sentencing Commission and all special conditions previously imposed.

DONE and SIGNED in Chambers at West Palm Beach, Florida this 16th day of November, 2006.

**copy furnished:**
AUSA Nancy Vorpe Quinlan
AFPD Robert E. Adler
U.S. Marshal Service
U.S. Probation Office

Daniel T. K. Hurley
United States District Judge